IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr455-MHT |
| | ) | (WO) |
| GEORGE WILLIAM EASTERLING | ) | |

OPINION AND ORDER

Defendant George William Easterling moved to suppress the evidence seized during a search of his home pursuant to a search warrant. He contends that the search warrant, which covered several areas, was invalid as to his home because it did not identify the home as belonging to him, as opposed to one of the other defendants named in the indictment; because of an insufficient nexus between the alleged criminal activity and his home; and because the warrant was supported by stale evidence. This case is before the court on the recommendation of the United States Magistrate Judge that the motion to suppress be denied. Also before the court are defendant George William Easterling's objections to the recommendation. Upon an

independent and de novo review of the record, the court concludes that the objections should be overruled and the recommendation should be adopted.

Accordingly, it is ORDERED that:

(1) The objections (Doc. 147) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. 143) is adopted.

(3) The motion to suppress (Doc. 128) is denied.

DONE, this the 25th day of May, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**