IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:21cr455-MHT
                            )             (WO)
GEORGE WILLIAM EASTERLING   )
```

ORDER

It is ORDERED that:

(1) The unopposed motion to postpone reporting date (Doc. 398) is granted.

(2) The date for defendant George William Easterling's commitment to the designated Bureau of Prisons facility, currently set for April 17, 2023, is extended to on or before Monday, June 19, 2023, at 2:00 p.m.

DONE, this the 12th day of April, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE