IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| v.   ) | **2:21cr455-MHT** |
| ) | (WO) |
| **GEORGE WILLIAM EASTERLING** ) | |

## ORDER

As his sentence has been completed, it is ORDERED that defendant George William Easterling's motion for a sentence reduction (Doc. 400) is denied as moot. (In any case, the court would have denied the motion on the merits for the reasons set forth in *United States v. Arroyo-Mata*, No. 1:09-CR-13-TCB, 2024 WL 1367796 (N.D. Ga. Apr. 1, 2024)).

DONE, this the 14th day of August, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**